# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2748
_____

United States of America

*Plaintiff - Appellee*

v.

Remy Wright

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: December 15, 2025
Filed: February 3, 2026
[Unpublished]

_____

Before GRUENDER, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

A jury convicted Remy Wright of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Arkansas State Trooper Anthony Worn found the firearm while searching Wright's vehicle during a traffic stop. Before trial, Wright moved to suppress the firearm, arguing Trooper Worn lacked probable cause

to search Wright's vehicle. The district court[1] denied Wright's motion to suppress. On appeal, Wright challenges only the denial of his motion to suppress—again, arguing Trooper Worn lacked probable cause to search his vehicle.

Wright, however, waived his argument by affirmatively stating, "No objection," when the government sought to admit the firearm into evidence at trial. United States v. Comstock, 531 F.3d 667, 675 (8th Cir. 2008) (stating a defendant waives any pretrial objection to evidence previously sought to be suppressed when counsel said "no objection" to the receipt of the evidence at trial).

Even if Wright had preserved his objection, his argument would be unavailing. Trooper Worn had probable cause to search Wright's vehicle for evidence of a violation of Arkansas Code § 5-71-218(a), which prohibits possession of an open alcoholic beverage container in a motor vehicle, because he saw Wright exit his vehicle with a beer can and thereafter place the beer can back inside the vehicle. United States v. Neumann, 183 F.3d 753, 756 (8th Cir. 1999) (holding probable cause to believe "there might well be an open container inside the vehicle" in violation of state law permitted a search of the vehicle).

The judgment of the district court is affirmed.

_____

---

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.